UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSE LUIS RAMIREZ MIRANDA,      §

     Petitioner,      §

     §

v.      §      **NO. SA-26-CV-4900-OLG**

     §

**TODD BLANCHE** *et al.,*      §

     Respondents.      §

## O R D E R

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 13. After initiating this action, he was removed from the United States and released from custody. *See* Dkt. Nos. 4; 4-3; 4-4. Because the relief sought herein has been granted, this case is now moot. *See, e.g., Herndon v. Upton,* 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT.**

This case is **CLOSED.**

It is so **ORDERED.**

**SIGNED** on August ____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge